UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                    Chapter 7

Gershon Barkany,                                          Case No. 814-72941-845

               Debtor.
-----------------------------------------------------------X

Marc A. Pergament, as Chapter 7 Trustee of the           Adv. Proc. No. 816-08148-845
Estate of Gershon Barkany,

               Plaintiff,

     - against -

Zvi Bloom, Alan Gerson, Wendy Gerson,
Aaron Jungreis, Ruth Jungreis, Yosef Katz,
Yosha Family Corp., Jonathan Leifer, Murray
Leifer, Sarah Leifer, Sam Lesser, Edward
Lowy, Mordechai Shulman and Whitefish Group,
LLC,

               Defendants.
-----------------------------------------------------------X

ORDER AUTHORIZING MARC A. PERGAMENT, CHAPTER 7 TRUSTEE OF THE
ESTATE OF GERSHON BARKANY AND JONATHAN LEIFER, MURRAY LEIFER,
SARAH LEIFER, EDWARD LOWY AND WHITEFISH GROUP, LLC
TO ENTER INTO STIPULATION OF SETTLEMENT, AS AMENDED

Upon the application, by notice of presentment, dated October 6, 2017 (the "Application")

[dkt. no. 75], of Marc A. Pergament ("Pergament"), Chapter 7 Trustee ("Trustee") of the Estate of

Gershon Barkany ("Debtor" or "Barkany"), pursuant to Rule 9019(a) of the Federal Rules of

Bankruptcy Procedure ("Bankruptcy Rule"), seeking the entry of an order (a) approving the

settlement between the Trustee and Jonathan Leifer ("J. Leifer"), Murray Leifer ("M. Leifer"), Sarah

Leifer ("S. Leifer"), Edward Lowy ("Lowy") and Whitefish Group, LLC, ("WGLLC") (collectively,

J. Leifer, M. Leifer, S. Leifer, Lowy and WGLLC may referred to as "Whitefish Defendants"), for

the sum of $375,000.00; (b) authorizing the Trustee to execute all documents necessary to effectuate the settlement by and among the Estate and The Whitefish Defendants; and (c) for such other and further relief as this Court deems just and proper, as memorialized in the Stipulation of Settlement attached thereto as Exhibit A [dkt no. 75-3], and as thereafter was subsequently modified and docketed under dkt no. 83; and Barkany Asset Recovery and Management LLC ("BARM") having opposed the relief requested with respect to dkt no. 75-3; and BARM's opposition having been resolved by the modified Stipulation of Settlement under dkt. no. 83; and the Court having found that: (i) the Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Application was sufficient and no additional notice of a hearing on the Application is required under the circumstances, (v) the relief sought in the Application is in the best interests of the Debtor's estate, its creditors and other parties in interest and is supported by good business reasons in accordance with Bankruptcy Rule 9019 and (vi) the Settlement was negotiated at arms' length and in good faith; and the Court having reviewed the Application and having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1.      The Application is granted to the extent provided herein.

2.      Pursuant to Bankruptcy Rule 9019, the Trustee is authorized to enter into the Stipulation of Settlement, as modified.

3.      The Stipulation of Settlement, as modified, is approved.

4.      The Trustee is authorized to take any and all actions reasonably necessary to consummate the Stipulation of Settlement, as modified, and perform any and all obligations contemplated therein.

5.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: January 18, 2018**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**