UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 7 |
| Gershon Barkany, | Case No. 8-14-72941-845 |
| Debtor. | |

-----------------------------------------------------------X

| | |
|---|---|
| Marc A. Pergament, as Chapter 7 Trustee of the Estate of Gershon Barkany, | Adv. Proc. No. 8-16-08148-845 |
| Plaintiff, | |
| - against - | |
| Zvi Bloom, Alan Gerson, Wendy Gerson, Aaron Bloom, Ruth Bloom, Yosef Katz, Yosha Family Corp., Jonathan Leifer, Murray Leifer, Sarah Leifer, Sam Lesser, Edward Lowy, Mordechai Shulman and Whitefish Group, LLC, | |
| Defendants. | |

-----------------------------------------------------------X

## ORDER APPROVING SETTLEMENT

Upon the motion, by notice of presentment, dated September 6, 2018 (the "Motion"), of Marc A. Pergament, as the trustee (the "Trustee") of the bankruptcy estate of Gershon Barkany (the "Debtor"), by counsel, Marc J. Weingard, pursuant to Bankruptcy Rule 9019(a), seeking the entry of an order approving the settlement of this adversary proceeding between Trustee and defendant Zvi Bloom for the sum of $50,000, including the Stipulation of Settlement (the "Stipulation of Settlement") attached thereto [Docket No. 104];  and there being no filed opposition to the relief requested; and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Motion was sufficient and no additional notice of or a hearing on the Motion is required under the circumstances, and (v) the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest and is supported by good business reasons in accordance with Bankruptcy Rule 9019; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. Pursuant to Bankruptcy Rule 9019, [the Trustee /Plaintiff] is authorized to enter into the Stipulation of Settlement.

3. The Stipulation of Settlement is approved.

4. Trustee is authorized to take any and all actions reasonably necessary to consummate the Stipulation of Settlement and perform any and all obligations contemplated therein.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: October 5, 2018**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**